**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AZAEL DYTHIAN PERALES,

                Plaintiff,

    v.

OFFICE OF THE CLERK OF THE UNITED
STATES DISTRICT COURT, DISTRICT OF
DELAWARE,

              Defendant.

Case No. 25-cv-2644 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that this case is **DISMISSED with prejudice**.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 23, 2026